IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| FREDDY A. CHE, | ) | CASE NO. 10-40857 |
| | ) | |
| | ) | HON. JUDGE CAROL A. DOYLE |
| Debtor. | | |

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant:     **Richard J. Mason, Trustee**

Authorized to Provide Professional Services to:  Estate Of Freddy A. Che

Period for Which Compensation is Sought:  From September 13, 2010 through Conclusion of Case.

Amount Of Fees Sought:                        **$982.17**

Amount of Expense Reimbursement Sought:       **$0.00**

This is an: _____ Interim Application          _____X_____ Final Application

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| N/A | | | | |

The amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is $_____0.00_____.

Date: October 23, 2014                                   Applicant: /s/ Richard J..Mason
                                                                    Richard J. Mason, Trustee

Richard J. Mason, P.C. (ARDC #01787659)
McGuireWoods LLP
77 W. Wacker Drive – Suite 4100
Chicago, Illinois  60601-1815
(312) 849-8100

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| FREDDY A. CHE, | ) | CASE NO. 10-40857 |
| | ) | |
| | ) | HON. JUDGE CAROL A. DOYLE |
| Debtor. | | |

### TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

Richard J. Mason, Trustee herein, pursuant to 11 U.S.C. §330, and requests $982.17 in compensation and the reimbursement of $0.00 in expenses.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $3,928.67. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $982.17 | ($1,250.00 maximum) |
| 10% of next $45,000.00 | $0.00 | ($4,500.00 maximum) |
| 5% of next $950,000.00 | $0.00 | ($47,500.00 maximum) |
| 3% of balance | $0.00 | |
| TOTAL COMPENSATION | $982.17 | |

II. TRUSTEE'S EXPENSES

TOTAL EXPENSES            $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 23rd day of October, 2014

/s/ Richard J. Mason
Richard J. Mason, Trustee
McGuireWoods LLP
77 W. Wacker Drive
Suite #4100
Chicago, IL 60601-1815
(312) 849-8100

60316634_1.docx