# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: CHE, FREDDY A | § Case No. 10-40857 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that RICHARD J. MASON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Office of Court Clerk
    U.S. Bankruptcy Court
    219 S Dearborn
    Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 12/04/2014 in Courtroom 742, United States Courthouse, 219 S Dearborn
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  10/23/2014          By:  /s/ Richard J. Mason
                                                    Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CHE, FREDDY A           § Case No. 10-40857
                               §
                               §
Debtor(s)                      §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 3,928.67 |
| *and approved disbursements of* | $ 145.14 |
| *leaving a balance on hand of* [1] | $ 3,783.53 |
| **Balance on hand:** | $ 3,783.53 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | Fifth Third Bank | 16,614.21 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $        0.00
Remaining balance:                        $    3,783.53

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD J. MASON | 982.17 | 0.00 | 982.17 |

Total to be paid for chapter 7 administration expenses:   $      982.17
Remaining balance:                                        $    2,801.36

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $        0.00
Remaining balance:                                            $    2,801.36

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,801.36 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,155.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 1,100.66 | 0.00 | 109.52 |
| 2 | PYOD LLC its successors and assigns as assignee of | 6,174.36 | 0.00 | 614.31 |
| 3 | Us Dept Of Education | 3,634.84 | 0.00 | 361.65 |
| 4 | Portfolio Recovery Associates, LLC | 2,317.01 | 0.00 | 230.53 |
| 6 | FIA Card Services, NA/Bank of America | 14,929.01 | 0.00 | 1,485.35 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,801.36 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $        0.00
Remaining balance:   $        0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $        0.00
Remaining balance:   $        0.00

Prepared By:   /s/RICHARD J. MASON
                           Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Freddy A Che  
    Debtor

Case No. 10-40857-CAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: adragonet     Page 1 of 2     Date Rcvd: Oct 24, 2014  
                             Form ID: pdf006     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2014.

```
db          +Freddy A Che,   303 N Oltendorf,    Streamwood, IL 60107-6889
16124659    +Bac Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
16124660    +Bank Of America,   Attn: Bankruptcy NC4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
16124661    +Blatt, Hassenmiller, Leibsker,  & Moore LLC,   125 South Wacker Dr, Suite 400,
              Chicago, IL 60606-4440
16124665    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20507,
              Kansas City, MO 64195)
16124663    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
16736849     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16124664    +Citi Cbsd,   Po Box 22066,   Tempe, AZ 85285-2066
16124668    +Fifth Third Bank,   C/O Bankruptcy Dept, Mdropso5,   1850 East Paris,
              Grand Rapids, MI 49546-6210
17104375     Fifth Third Bank,   PO Box 829009,   Dallas, TX 75382-9009
16124669    +Fisher and Shapiro LLC,   4201 Lake Cook Rd,   Northbrook, IL 60062-1060
16124670    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Rc,   Attn: Bankruptcy,   Po Box 41067,
              Norfolk, VA 23541)
16124671    +Premier Credit Union,   1212 W Northwest Hwy Ste,   Palatine, IL 60067-1897
16124672    +Us Dept Of Education,   Po Box 5609,   Greenville, TX 75403-5609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16124662    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 25 2014 00:43:00     Capital One, N.a.,
              C/O American Infosource,   Po Box 54529,   Oklahoma City, OK 73154-1529
16124667    +E-mail/Text: bknotice@erccollections.com Oct 25 2014 00:37:24     Enhanced Recovery Corp,
              8014 Bayberry Rd,   Jacksonville, FL 32256-7412
17134888     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 25 2014 00:43:00
              FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,
              PO Box 248809,   Oklahoma City, OK  73124-8809
16124668    +E-mail/Text: collectionbankruptcies.bancorp@53.com Oct 25 2014 00:38:22     Fifth Third Bank,
              C/O Bankruptcy Dept, Mdropso5,   1850 East Paris,   Grand Rapids, MI 49546-6210
16894727    +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 25 2014 00:41:37
              PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
              c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                            TOTAL: 5
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16997895*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,   c/o Wickes Furniture,
              PO Box 41067,   Norfolk VA 23541)
16124666    ##+Citifinancial,   P.O. Box 6931,   The Lakes, NV 88901-6931
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2014                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: adragonet              Page 2 of 2                  Date Rcvd: Oct 24, 2014
                              Form ID: pdf006             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2014 at the address(es) listed below:
```
              Diane A Aniolowski    on behalf of Debtor Freddy A Che NDILnotices@legalhelpers.com,
               daa@legalhelpers.com;CourtNotice@legalhelpers.com
              Jill  Luetkenhaus    on behalf of Creditor    THE BANK OF NEW YORK MELLON
               jluetkenhaus@fisherandshapirolaw.com, ndil@kmi-law.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard J Mason    rmason@mcguirewoods.com, IL54@ecfcbis.com
                                                                                             TOTAL: 4
```