### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: CHE, FREDDY A　　　　　　　　　　　　§　Case No. 10-40857
　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　　§

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　RICHARD J. MASON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $278,668.80　　　　　　　Assets Exempt: $9,717.30
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,801.36　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: $25,354.52

Total Expenses of Administration: $1,127.31

---

　　　3) Total gross receipts of $     3,928.67     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00     (see **Exhibit 2**), yielded net receipts of $3,928.67 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $16,614.21 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,127.31 | 1,127.31 | 1,127.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 28,155.88 | 28,155.88 | 2,801.36 |
| **TOTAL DISBURSEMENTS** | $0.00 | $45,897.40 | $29,283.19 | $3,928.67 |

    4) This case was originally filed under Chapter 7 on September 13, 2010. The case was pending for 53 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/12/2015          By: /s/RICHARD J. MASON
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 01 GMC Yukon Denali, 80,000 miles Value per Kell | 1129-000 | 3,928.29 |
| Interest Income | 1270-000 | 0.38 |
| **TOTAL GROSS RECEIPTS** | | **$3,928.67** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Fifth Third Bank | 4110-000 | N/A | 16,614.21 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$16,614.21** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD J. MASON | 2100-000 | N/A | 982.17 | 982.17 | 982.17 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| International Sureties, LTD. | 2300-000 | | N/A | 41.81 | 41.81 | 41.81 |
| International Sureties, LTD. | 2300-000 | | N/A | 3.33 | 3.33 | 3.33 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $1,127.31 | $1,127.31 | $1,127.31 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | N/A | 1,100.66 | 1,100.66 | 109.52 |
| 2 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 6,174.36 | 6,174.36 | 614.31 |
| 3 | Us Dept Of Education | 7100-000 | N/A | 3,634.84 | 3,634.84 | 361.65 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 2,317.01 | 2,317.01 | 230.53 |
| 6 | FIA Card Services, NA/Bank of America | 7100-000 | N/A | 14,929.01 | 14,929.01 | 1,485.35 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $28,155.88 | $28,155.88 | $2,801.36 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-40857  
**Case Name:** CHE, FREDDY A  

**Period Ending:** 02/12/15

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 09/13/10 (f)  
**§341(a) Meeting Date:** 11/15/10  
**Claims Bar Date:** 04/15/11  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  Real Estate located at Location: 303, Streamwood<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 257,000.00 | 0.00 | | 0.00 | FA |
| 2  Checking account with Charter One Bank<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 3  Miscellaneous used household goods<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4  Personal used clothing<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 5  Employer - Term Life Insurance - no cash surrend<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 6  401k through employer - 100% exempt<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 5,033.80 | 0.00 | | 0.00 | FA |
| 7  2009 federal income tax refund - $2,655.00 Refun<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8  05 Cadillac STS, 45,000 miles Value per Kelly Bl<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 14,785.00 | 0.00 | | 0.00 | FA |
| 9  01 GMC Yukon Denali, 80,000 miles Value per Kell<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 5,055.00 | 2,221.50 | | 3,928.29 | FA |
| 10  1997 Pontiac Grand Prix with 80,000 miles Not in<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| Int  INTEREST (u) | Unknown | N/A | | 0.38 | Unknown |
| **11  Assets   Totals** (Excluding unknown values) | **$283,723.80** | **$2,221.50** | | **$3,928.67** | **$0.00** |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-40857  **Trustee:** (330470) RICHARD J. MASON
**Case Name:** CHE, FREDDY A  **Filed (f) or Converted (c):** 09/13/10 (f)
 **§341(a) Meeting Date:** 11/15/10
**Period Ending:** 02/12/15  **Claims Bar Date:** 04/15/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** August 31, 2011  **Current Projected Date Of Final Report (TFR):** September 30, 2014

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-40857 | | Trustee: | RICHARD J. MASON (330470) |
|---|---|---|---|---|
| Case Name: | CHE, FREDDY A | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******78-65 - Checking Account |
| Taxpayer ID #: | **-***8471 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 02/12/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/07/11 | {9} | Premier Credit Union | | 1129-000 | 3,928.29 | | 3,928.29 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,928.31 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,928.34 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,928.37 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,928.40 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,928.43 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,928.46 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,928.49 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,928.52 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,928.55 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,903.55 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,903.58 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,878.58 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,878.61 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,853.61 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,853.64 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,828.64 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,828.67 |
| 02/09/12 | 1001 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #10-40857, Bond #016026455 | 2300-000 | | 41.81 | 3,786.86 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033047088 20121220 | 9999-000 | | 3,786.86 | 0.00 |
| | | | ACCOUNT TOTALS | | 3,928.67 | 3,928.67 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,786.86 | |
| | | | Subtotal | | 3,928.67 | 141.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $3,928.67 | $141.81 | |

{} Asset reference(s)                                                                                           Printed: 02/12/2015 04:36 PM     V.13.15

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-40857  
**Case Name:** CHE, FREDDY A  

**Taxpayer ID #:** **-***8471  
**Period Ending:** 02/12/15  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 3,786.86 | | 3,786.86 |
| 02/27/14 | 11002 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/27/2014 FOR CASE #10-40857, Bond # 016026455 | 2300-000 | | 3.33 | 3,783.53 |
| 12/16/14 | 11003 | RICHARD J. MASON | Dividend paid 100.00% on $982.17, Trustee Compensation; Reference: | 2100-000 | | 982.17 | 2,801.36 |
| 12/16/14 | 11004 | Chase Bank USA, N.A. | Dividend paid 9.94% on $1,100.66; Claim# 1; Filed: $1,100.66; Reference: | 7100-000 | | 109.52 | 2,691.84 |
| 12/16/14 | 11005 | PYOD LLC its successors and assigns as assignee of | Dividend paid 9.94% on $6,174.36; Claim# 2; Filed: $6,174.36; Reference: | 7100-000 | | 614.31 | 2,077.53 |
| 12/16/14 | 11006 | Us Dept Of Education | Dividend paid 9.94% on $3,634.84; Claim# 3; Filed: $3,634.84; Reference: | 7100-000 | | 361.65 | 1,715.88 |
| 12/16/14 | 11007 | Portfolio Recovery Associates, LLC | Dividend paid 9.94% on $2,317.01; Claim# 4; Filed: $2,317.01; Reference: | 7100-000 | | 230.53 | 1,485.35 |
| 12/16/14 | 11008 | FIA Card Services, NA/Bank of America | Dividend paid 9.94% on $14,929.01; Claim# 6; Filed: $14,929.01; Reference: | 7100-000 | | 1,485.35 | 0.00 |

|  |  | | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|
| | | ACCOUNT TOTALS | 3,786.86 | 3,786.86 | $0.00 |
| | | Less: Bank Transfers | 3,786.86 | 0.00 | |
| | | Subtotal | 0.00 | 3,786.86 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | NET Receipts / Disbursements | $0.00 | $3,786.86 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******78-65 | 3,928.67 | 141.81 | 0.00 |
| Checking # ******6166 | 0.00 | 3,786.86 | 0.00 |
| | $3,928.67 | $3,928.67 | $0.00 |

{} Asset reference(s)

Printed: 02/12/2015 04:36 PM    V.13.15